In the Matter of the Application of ROBERT A. MAGNI, JR., for an Alternative Order of Mandamus, Respondent, against JAMES E. HUSHION, as Comptroller of the City of Yonkers, Appellant.— In a mandamus proceeding to compel the reinstatement of petitioner to the position of clerk-bookkeeper in the department of finance, city of Yonkers, and for the recovery of his salary during the period of his removal, the alternative order of mandamus is unanimously affirmed, with ten dollars costs and disbursements, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of GERDA NOLL for a Determination as to the Validity, Construction or Effect of the Dispositions of Property Contained in the Last Will and Testament of RUDOLPH R. NOLL, Deceased. OTTO RUPRECHT and FREDERICK A. ALBRECHT, as Executors and Trustees, etc., of RUDOLPH R. NOLL, Deceased, Appellants; GERDA NOLL, Petitioner-Respondent; MARTIN NEUMANN, Special Guardian for ELEANOR G. NOLL, an Infant, etc., WILLIAM HEINZ and OTTILIE ORPHAN HOME OF NEW YORK, Respondents.— Decree of the Surrogate's Court of Queens county modified by striking out the sum of $250, as compensation to the attorney for the executors and to his assistants, and substituting therefor the sum of $600, and as so modified unanimously affirmed, in so far as an appeal is taken therefrom, with costs to appellants, payable out of the estate. We are of opinion that, in the circumstances shown, an allowance of $600 is fair and reasonable. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [157 Misc. 73.]

In the Matter of the Application of REUBEN SONDERLING and ROSE SIEGEL, as Administrators, etc., of LENA SONDERLING, Deceased, for an Order Fixing the Lien of MORRIS L. ROSENWASSER, Attorney for LENA SONDERLING, an Incompetent Person, During Her Lifetime, Directing Him to Turn over Certain Papers and Directing the Substitution of Said Attorney, and for Other Relief. REUBEN SONDERLING and ROSE SIEGEL, as Administrators, etc., Substituted in Place of REUBEN SONDERLING and ROSE SIEGEL, as Committee of the Person and Property of LENA SONDERLING, an Incompetent Person, Appellants; MORRIS L. ROSENWASSER, Respondent.— Order in so far as it fixes the sum of $6,500 as the fair and reasonable value of the services rendered by the respondent as attorney for the incompetent and to her committee modified, by reducing the amount to $5,000, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty and Johnston, JJ., concur; Carswell, J., votes to affirm. Settle order on notice.